IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sandberg, Richard J

Printed: 7/1/08

Case Number: 08 B 01433
Judge: Squires, John H
Filed: 1/23/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 14, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,000.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 935.00 |
| Trustee Fee: |  | 65.00 |
| Other Funds: |  | 0.00 |
| Totals: | 1,000.00 | 1,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Mark D Weisman | Administrative | 2,835.00 | 935.00 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Chase Manhattan Mortgage Corp | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Secured | 0.00 | 0.00 |
| 5. | DaimlerChrysler Servs North America | Secured | 458.00 | 0.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 48,682.14 | 0.00 |
| 7. | JP Morgan Chase Bank | Secured | 2,770.00 | 0.00 |
| 8. | Internal Revenue Service | Priority | 116,867.93 | 0.00 |
| 9. | Wells Fargo Financial Illinois Inc | Unsecured | 141.86 | 0.00 |
| 10. | DaimlerChrysler Servs North America | Unsecured | 1,061.58 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 3,004.86 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 270.97 | 0.00 |
| 13. | Target National Bank | Unsecured | 531.57 | 0.00 |
| 14. | Chase Bank USA NA | Unsecured | 193.11 | 0.00 |
| 15. | American Honda Finance Corporation | Unsecured | 20.01 | 0.00 |
| 16. | Discover Financial Services | Unsecured | 766.33 | 0.00 |
| 17. | American Express | Unsecured | 4.42 | 0.00 |
| 18. | Portfolio Recovery Associates | Unsecured | 164.85 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 1,706.84 | 0.00 |
| 20. | I C Systems Inc | Unsecured | 65.52 | 0.00 |
| 21. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 22. | CBNA | Unsecured | | No Claim Filed |
| 23. | Sprint | Unsecured | | No Claim Filed |
| 24. | Bank Of America | Unsecured | | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Sandberg, Richard J

Printed: 7/1/08

Case Number: 08 B 01433
Judge: Squires, John H
Filed: 1/23/08

| | | | | |
|---|---|---|---|---|
| 26. | The Bureaus | Unsecured | | No Claim Filed |
| 27. | Chase | Unsecured | | No Claim Filed |
| 28. | American Express | Unsecured | | No Claim Filed |
| 29. | Citibank | Unsecured | | No Claim Filed |
| 30. | Macy's | Unsecured | | No Claim Filed |

$ 179,544.99          $ 935.00

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 65.00 |

$ 65.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mach_____